## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| IN RE SCOR HOLDING (SWITZERLAND) AG LITIGATION<br><br>This Document Relates to:<br>All Cases | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  MASTER FILE<br>04 Civ. 7897 (DLC) |

## DECLARATION OF STEVEN B. SINGER
## IN SUPPORT OF LEAD PLAINTIFFS' REPLY MEMORANDUM OF LAW IN
## FURTHER SUPPORT OF THEIR MOTION FOR CLASS CERTIFICATION

Steven B. Singer, pursuant to 28 U.S.C. § 1746, declares under penalty of perjury as follows:

1. I am an attorney admitted to practice before the courts of this District and the courts of the State of New York.

2. I am a member of the law firm of Bernstein Litowitz Berger & Grossmann LLP, the Court-appointed Co-Lead Counsel for Lead Plaintiffs in this Action.

3. I submit this Declaration in support of Lead Plaintiffs' Reply Memorandum of Law in Further Support of Their Motion for Class Certification.

4. Attached hereto are true and correct copies of the following exhibits:

| Ex. No. | Description |
|---|---|
| 1 | July 16, 2002 e-mail from Doug McKenzie to Paul Braithwaite (CONV P 00018104 – 00018105) |
| 2 | October 21, 2002 e-mail from Brian Kensil to Joseph LaBella, Doug McKenzie, Paul Braithwaite and Richard Smith (CONV E 01220330 – 01220331) |
| 3 | July 16, 2003 e-mail from Brian Kensil to Martin Kauer, Dirk Lohmann, Richard Smith and Paul Braithwaite (CONV E 00968324 – 00968330) |
| 4 | August 26, 2003 Board of Directors of Converium Holding AG Meeting Minutes |

| | |
|---|---|
| | (CONV P-A 00076292 – 00076308) |
| 5 | March 10, 2002 Board of Directors of Converium Holding AG Meeting Minutes (CONV P-A 00078222 – 00078237) |
| 6 | March 9, 2002 Audit Committee of Converium Holding AG Meeting Minutes (CONV P-A 00078160 – 00078165) |
| 7 | March 8, 2002 Group Executive Committee Meeting Minutes (CONV P-A 00075217 – 00075220) |
| 8 | October 25, 2002 Audit Committee of Converium Holding AG Meeting Minutes (CONV P 00165985 – 00165993) |
| 9 | November 15, 2003 e-mail from Andreas Zdrenyk to Francois Desax, *et al.* (CONV E 01034673 – 01034678) |
| 10 | August 18, 2003 e-mail from Dirk Lohmann to Leopoldo Camara (CONV E 00010240 – 00010242) |
| 11 | September 26, 2003 e-mail from Sean O'Ceallaigh to Peter Boller and Benjamin Gentsch (CONV E 00642076) |
| 12 | July 29, 2003 e-mail from Laurie Desmet to Brian Greenspan (CONV E 00915482 – 00915491) |
| 13 | Declaration of Professor Jonathan Harris In Support of Lead Plaintiffs' Motion for Class Certification |
| 14 | Rebuttal Declaration of Daniel Tunik in Support of Lead Plaintiffs' Motion for Class Certification |
| 15 | Rebuttal Declaration of Dario Trevisan in Support of Lead Plaintiffs' Motion for Class Certification |
| 16 | The Declaration of Todd B. Hilsee |

WHEREFORE, I declare under penalty of perjury that the foregoing is true and correct.

Executed in New York, New York on November 2, 2007.

\_\_\_\_/s/ Steven B. Singer_____

Steven B. Singer