UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
                                                     :

In re SCOR HOLDING (SWITZERLAND) AG
LITIGATION                                     :

                                                     :      No. 04 Civ. 7897 (DLC)

This document relates to:                    :

ALL ACTIONS                                    :
------------------------------------------------------------ x

## SUR-REPLY DECLARATION OF MARY EATON

MARY EATON hereby declares and states:

1. I am a member of the Bar of this Court and a member of the firm of Willkie Farr & Gallagher LLP, counsel for defendants SCOR Holding (Switzerland) AG (f/k/a Converium Holding AG) ("Converium"), Dirk Lohmann and Martin Kauer. I submit this sur-reply declaration in further opposition to Lead Plaintiffs' Motion for Class Certification.

2. Attached hereto as Exhibit 1 are true and correct excerpts of the deposition of Douglas McKenzie, taken October 5, 2007.

3. Attached hereto as Exhibit 2 are true and correct excerpts of "Examination Report of Converium Reinsurance (North America) Inc. as of December 31, 2002 by the Connecticut Insurance Department," dated December 2, 2003, which I understand is publicly available from the Connecticut Insurance Department.

4. Attached hereto as Exhibit 3 are true and correct excerpts of "United States Securities and Exchange Commission Form 20-F Annual Report Pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 for the Fiscal Year Ended December 31, 2003 for Converium Holding AG," dated April 8, 2004.

5. Attached hereto as Exhibit 4 are true and correct excerpts of "Annual Statement of the Converium Reinsurance (North America) Inc. of Stamford in the State of Connecticut to the Insurance Department of the State of Connecticut for the Year Ended December 31, 2003," dated May 27, 2004.

I declare, on the basis of personal knowledge and under penalty of perjury, that the statements contained herein are true and correct.

Dated: November 14, 2007                              *M. Eaton*
                                                     ─────────────────
                                                          Mary Eaton