Case 1:04-cv-07897-DLC   Document 276   Filed 07/08/2009   Page 1 of 6

SDNY NY NY
04-CV-7897
COTE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JUL 08 2009

# MANDATE

**UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT**

| | |
|---|---|
| IN RE SCOR HOLDING (SWITZERLAND) AG SECURITIES LITIGATION | Docket No. 09-0153-cv |

*FILED JUL 0 6 2009 — Catherine O'Hagan Wolfe, Clerk, SECOND CIRCUIT*

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the parties to the above entitled action, through their counsel of record, that the action be dismissed with prejudice and without further costs to any party as against any other.

Dated: June 23, 2009

_____
Joseph H. Weiss
WEISS & LURIE
551 Fifth Avenue
New York, NY 10176

*Counsel for Michael Rubin*

Dated: June 23, 2009

_____
Jonathan E. Richman, Esq.
DEWEY & LEBOEUF, L.L.P.
1301 Avenue of the Americas
New York, NY 10019

*Counsel for Zurich Financial Services*

**CERTIFIED:**

JUL  6 2009

Dated: June 24, 2009

*signature*

Joseph N. Sacca, Esq.
SKADDEN, ARPS, SLATE,
MEAGHER & FLOM LLP
Four Times Square
New York, NY 10036

*Counsel for SCOR Holding
(Switzerland) AG*

Dated: June ___, 2009

Stephen W. Greiner, Esq.
WILLKIE FARR & GALLAGHER
LLP
787 Seventh Avenue
New York, NY 10019

*Counsel for Anton K. Schnyder,
Derrell J. Hendrix, Georg F. Mehl,
George G.C. Parker, Jurgen Forterer,
Peter C. Colombo and Terry G. Clarke*

Dated: June ___, 2009

Jeffrey T. Golenbock, Esq.
GOLENBOCK, EISEMAN, ASSOR
BELL & PESKOE LLP
437 Madison Avenue
New York, NY 10022

*Counsel for Martin Kauer*

Dated: June ___, 2009

Douglas D. Broadwater, Esq.
CRAVATH, SWAINE & MOORE
LLP
825 Eighth Avenue
New York, NY 10019

*Counsel for Merrill Lynch
International and UBS AG*

Dated: June ___, 2009

Mark Robert Hellerer, Esq.
James Gardner Wheaton, Esq.
PILLSBURY WINTHROP SHAW
PITTMAN, LLP
1540 Broadway
New York, NY 10036

*Counsel for Dirk Lohmann*

Dated: June ___, 2009

Thorn Rosenthal, Esq.
CAHILL GORDON & REINDEL LLP
80 Pine Street
New York, NY 10005

*Counsel for Richard Smith*

2

Dated: June ___, 2009

_____
Joseph N. Sacca, Esq.
SKADDEN, ARPS, SLATE,
MEAGHER & FLOM LLP
Four Times Square
New York, NY 10036

*Counsel for SCOR Holding
(Switzerland) AG*

Dated: June ___, 2009

_____
Stephen W. Greiner, Esq.
WILLKIE FARR & GALLAGHER
LLP
787 Seventh Avenue
New York, NY 10019

*Counsel for Anton K. Schnyder,
Derrell J. Hendrix, Georg F. Mehl,
George G.C. Parker, Jurgen Forterer,
Peter C. Colombo and Terry G. Clarke*

Dated: June ___, 2009

_____
Jeffrey T. Golenbock, Esq.
GOLENBOCK, EISEMAN, ASSOR
BELL & PESKOE LLP
437 Madison Avenue
New York, NY 10022

*Counsel for Martin Kauer*

Dated: June 24, 2009

/s/ Douglas D. Broadwater
_____
Douglas D. Broadwater, Esq.
CRAVATH, SWAINE & MOORE
LLP
825 Eighth Avenue
New York, NY 10019

*Counsel for Merrill Lynch
International and UBS AG*

Dated: June ___, 2009

_____
Mark Robert Hellerer, Esq.
James Gardner Wheaton, Esq.
PILLSBURY WINTHROP SHAW
PITTMAN, LLP
1540 Broadway
New York, NY 10036

*Counsel for Dirk Lohmann*

Dated: June ___, 2009

_____
Thorn Rosenthal, Esq.
CAHILL GORDON & REINDEL LLP
80 Pine Street
New York, NY 10005

*Counsel for Richard Smith*

2

Dated: June ___, 2009

_____
Joseph N. Sacca, Esq.
SKADDEN, ARPS, SLATE,
MEAGHER & FLOM LLP
Four Times Square
New York, NY 10036

*Counsel for SCOR Holding*
*(Switzerland) AG*

Dated: June ___, 2009

_/s/ Stephen Greiner_____
Stephen W. Greiner, Esq.
WILLKIE FARR & GALLAGHER LLP
787 Seventh Avenue
New York, NY 10019

*Counsel for Anton K. Schnyder,*
*Derrell J. Hendrix, Georg F. Mehl,*
*George G.C. Parker, Jurgen Forterer,*
*Peter C. Colombo and Terry G. Clarke*

Dated: June ___, 2009

_____
Jeffrey T. Golenbock, Esq.
GOLENBOCK, EISEMAN, ASSOR
BELL & PESKOE LLP
437 Madison Avenue
New York, NY 10022

*Counsel for Martin Kauer*

Dated: June ___, 2009

_____
Douglas D. Broadwater, Esq.
CRAVATH, SWAINE & MOORE LLP
825 Eighth Avenue
New York, NY 10019

*Counsel for Merrill Lynch*
*International and UBS AG*

Dated: June ___, 2009

_____
Mark Robert Hellerer, Esq.
James Gardner Wheaton, Esq.
PILLSBURY WINTHROP SHAW PITTMAN, LLP
1540 Broadway
New York, NY 10036

*Counsel for Dirk Lohmann*

Dated: June ___, 2009

_____
Thorn Rosenthal, Esq.
CAHILL GORDON & REINDEL LLP
80 Pine Street
New York, NY 10005

*Counsel for Richard Smith*

Dated: June ___, 2009

---

Joseph N. Sacca, Esq.
SKADDEN, ARPS, SLATE,
MEAGHER & FLOM LLP
Four Times Square
New York, NY 10036

*Counsel for SCOR Holding
(Switzerland) AG*

Dated: June ___, 2009

---

Stephen W. Greiner, Esq.
WILLKIE FARR & GALLAGHER
LLP
787 Seventh Avenue
New York, NY 10019

*Counsel for Anton K. Schnyder,
Derrell J. Hendrix, Georg F. Mehl,
George G.C. Parker, Jurgen Forterer,
Peter C. Colombo and Terry G. Clarke*

Dated: June ___, 2009

---

Jeffrey T. Golenbock, Esq.
GOLENBOCK, EISEMAN, ASSOR
BELL & PESKOE LLP
437 Madison Avenue
New York, NY 10022

*Counsel for Martin Kauer*

Dated: June ___, 2009

---

Douglas D. Broadwater, Esq.
CRAVATH, SWAINE & MOORE
LLP
825 Eighth Avenue
New York, NY 10019

*Counsel for Merrill Lynch
International and UBS AG*

Dated: June ___, 2009

/s/ Mark G. Hellerer

---

Mark Robert Hellerer, Esq.
James Gardner Wheaton, Esq.
PILLSBURY WINTHROP SHAW
PITTMAN, LLP
1540 Broadway
New York, NY 10036

*Counsel for Dirk Lohmann*

Dated: June 24, 2009

---

Thorn Rosenthal, Esq.
CAHILL GORDON & REINDEL LLP
80 Pine Street
New York, NY 10005

*Counsel for Richard Smith*

2

Dated: June ___, 2009

Dated: June ___, 2009

---

Joseph N. Sacca, Esq.
SKADDEN, ARPS, SLATE,
MEAGHER & FLOM LLP
Four Times Square
New York, NY 10036

*Counsel for SCOR Holding
(Switzerland) AG*

---

Douglas D. Broadwater, Esq.
CRAVATH, SWAINE & MOORE
LLP
825 Eighth Avenue
New York, NY 10019

*Counsel for Merrill Lynch
International and UBS AG*

Dated: June ___, 2009

Dated: June ___, 2009

---

Stephen W. Greiner, Esq.
WILLKIE FARR & GALLAGHER
LLP
787 Seventh Avenue
New York, NY 10019

*Counsel for Anton K. Schnyder,
Derrell J. Hendrix, Georg F. Mehl,
George G.C. Parker, Jurgen Forterer,
Peter C. Colombo and Terry G. Clarke*

Dated: June 24, 2009

/s/ Jeffrey Golenbock

Jeffrey T. Golenbock, Esq.
GOLENBOCK, EISEMAN, ASSOR
BELL & PESKOE LLP
437 Madison Avenue
New York, NY 10022

*Counsel for Martin Kauer*

---

Mark Robert Hellerer, Esq.
James Gardner Wheaton, Esq.
PILLSBURY WINTHROP SHAW
PITTMAN, LLP
1540 Broadway
New York, NY 10036

*Counsel for Dirk Lohmann*

Dated: June 24, 2009

/s/ Thorn Rosenthal

Thorn Rosenthal, Esq.
CAHILL GORDON & REINDEL LLP
80 Pine Street
New York, NY 10005

*Counsel for Richard Smith*

2

So ordered:

FOR THE COURT
Catherine O'Hagan Wolfe, Clerk of Court
By /s/ Vidya Kurella
Vidya Kurella, Staff Counsel

A TRUE COPY
Catherine O'Hagan Wolfe, Clerk
by /s/ Margaret Lam
DEPUTY CLERK