UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: SCOR HOLDING (SWITZERLAND) AG SECURITIES LITIGATION | Case No. 04 Civ. 7897 (DLC) <br><br> Hon. Denise Cote |

## CERTIFICATE OF SERVICE

I hereby certify that on October 1, 2010, I electronically filed the following documents with the Clerk of the Court using the ECF System, which will send notification to all ECF attorneys of record:

1. Lead Plaintiff's Notice of Motion for Approval of Distribution Plan;

2. Lead Plaintiff's Memorandum in Support of Motion for Approval of Distribution Plan; and

3. Declaration of Stephen J. Cirami in Support of Lead Plaintiff's Motion for Approval of Distribution Plan

Dated: New York, New York
October 1, 2010

/s/ Lawrence Silvestro
Lawrence Silvestro