```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
IN RE SCOR HOLDING (SWITZERLAND) AG     :    04cv7897(DLC)
LITIGATION                              :
                                        :         ORDER
----------------------------------------X
```

DENISE COTE, District Judge:

Following a settlement in this securities class action, an Order of October 7, 2010 approved a plan of distribution. On October 27, 2023, counsel for the class sought approval of the distribution to a cy pres fund of $14,519.66. The application does not explain when the 2010 funds were distributed or why this application is being made thirteen years later. It is hereby

ORDERED that class counsel shall, by December 1, 2023, provide information regarding the process and timetable for the distribution of the settlement funds and explain why this application comes so many years after approval of the settlement.

Dated:   New York, New York
         November 8, 2023

                              _____
                                       DENISE COTE
                              United States District Judge