# BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP

## ATTORNEYS AT LAW

NEW YORK  •  CALIFORNIA  •  ILLINOIS  •  LOUISIANA  •  DELAWARE

Lauren A. Ormsbee
lauren@blbglaw.com
212-554-1593

December 5, 2023

**FILED ON ECF**

*Granted.*

*Denise Cote*

*12/5/23*

Hon. Denise L. Cote
District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, NY 10007-1312

> Re:   *In re Scor Holding (Switzerland) AG Litigation, 04-CV-7897 (DLC)*

Dear Judge Cote,

We are Co-lead Counsel for the Class and Counsel for Lead Plaintiffs in the above-captioned Action. I write in response to the Court's November 8, 2023 Court Order (ECF 286) in the above-referenced matter responding to the Lead Plaintiffs' Notice of Unopposed Motion for Order Authorizing *Cy Pres* Distribution of Residual Settlement Funds (ECF 282), filed on October 28, 2023.

Possibly due to a technical error or administrative oversight, my office just received notice of the Court's November 8, 2023 Order on December 4, 2023 when my office was contacted by Chambers. Our Firm immediately reached out to Co-lead Counsel to determine whether their offices had received notice of the Court's November 8, 2023 Order. At the time of this letter, Class Counsel is still trying to determine why the Court's Order was not received by the lawyers involved in this case on the date it was issued.

Yesterday, my office reached out to the Court regarding this notification issue. Our office was advised by Chambers that Class Counsel should file a letter requesting an extension of time to respond to the Court's November 8, 2023 Order. Class Counsel is, therefore, requesting an extension of time to respond until Tuesday, December 19, 2023, to file a supplemental motion providing the information requested by the Court.

In closing, we wish to sincerely apologize to the Court for the delay in responding to the Court's November 8, 2023 Order.

1251 AVENUE OF THE AMERICAS  •  NEW YORK  •  NY 10020-1104
TELEPHONE: 212-554-1400  •  www.blbglaw.com  •  FACSIMILE: 212-554-1444

BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP

*In re Scor Holding (Switzerland) AG Litigation*
*December 5, 2023*
*Page Two*

Thank you for the Court's consideration of this request.

Respectfully submitted,

*/s/ Lauren A. Ormsbee*
Lauren A. Ormsbee

cc:  All Counsel of Record (via ECF)