UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: SCOR HOLDING (SWITZERLAND) AG SECURITIES LITIGATION | Case No. 04 Civ. 7897 (DLC)<br><br>Hon. Denise Cote |

## [PROPOSED] ORDER AUTHORIZING *CY PRES* DISTRIBUTION OF RESIDUAL SETTLEMENT FUNDS

WHEREAS, by its 2010 Order and Final Judgement (ECF No. 264), this Court approved the terms and provisions of the Stipulation of Settlement as to SCOR Holding (Switzerland) AG (the "SHS Stipulation") and the Amended Stipulation of Settlement as to Zurich Financial Services (the "ZFS Stipulation"; collectively with the SHS Stipulation, the "Stipulations");

WHEREAS, this Court directed the parties to consummate the Settlements in accordance with the terms and provisions of the Stipulations;

WHEREAS, by its Order Preliminarily Approving Proposed Settlement dated August 11, 2008 (ECF No. 251), the Court approved the retention of Epiq Class Action & Claims Solutions, Inc. ("Epiq"), as Claims Administrator to, among other things, process Claim Forms submitted;

WHEREAS, by its Order and Final Judgment (ECF No. 264), the Court approved the plan of allocation of the Net Settlement Funds to Authorized Claimants;

WHEREAS, pursuant to the Court's Order Approving Distribution Plan (ECF No. 281), Epiq has conducted two (2) distributions of the Net Settlement Funds to Authorized Claimants and has determined that further distributions would not be cost effective;

WHEREAS, Lead Counsel has asked the Court to approve a distribution of the remaining unclaimed balance of $14,519.66 in the Net Settlement Funds to the Investor Protection Trust, a private, non-sectarian, nonprofit organization with Internal Revenue Code § 501(c)(3) tax-deductible status; and

WHEREAS, Defendants have no legal interest in the relief requested by Lead Plaintiffs' motion. *See* SHS Stipulation §§ II.E.3 and II.F.2; ZFS Stipulation § II.D.4.

NOW, THEREFORE, upon reviewing the Declaration of Jessie Mahn in Support of Lead Plaintiffs' Motion for Order Authorizing *Cy Pres* Distribution of Residual Settlement Funds, and ~~after due deliberation,~~ the December 19, 2023 Response by Class Counsel to the 11/8/23 Order,

IT IS THIS 21st day of December, 2023,

ORDERED that the Claims Administrator shall distribute the unclaimed balance of $14,519.66 in the Net Settlement Fund to the Investor Protection Trust.

_____
Honorable Denise Cote
United States District Judge